WESTERN DISTRICT OF NEW YORK

---

In re:

**THE RICHMOND GROUP, INC.**
d/b/a DDR Repack
d/b/a Richmond Foods,

          Debtor.

Case No.
16-20258
(Chapter 7)

---

**DOUGLAS J. LUSTIG**, as Chapter 7 Trustee,

          Plaintiff,

Adv. Pro.
18-2031

   -vs.-

Fontanini,

          Defendant.

---

## STIPULATION VACATING ENTRY OF DEFAULT and
## EXTENDING DEFENDANT'S TIME TO ANSWER

**WHEREAS, the parties** have previously engaged in an informal exchange of information in this adversary proceeding, and hope to resolve the matter without judicial intervention, and they have agreed to extend the time for Defendant to answer the complaint herein, and

**WHEREAS,** Plaintiff inadvertently sought and obtained, on July 30, 2018, the Clerk's "Entry of Default" in this adversary proceeding, but no default judgment has been sought or entered;

**IT IS HEREBY AGREED and STIPULATED** by the parties hereto, through their undersigned counsel, that an Order may be entered vacating the "Entry of Default", and extending the time of Defendant to answer the Complaint herein through and until August 31, 2018, pursuant to FRCP 6 and FRBP 9006.

**McCONVILLE, CONSIDINE,**
**COOMAN & MORIN, P.C.**
Counsel for Plaintiff

**ICE MILLER, LLP**
Counsel for Defendant

*/s/William E. Brueckner*    *8/1/2018*
William E. Brueckner
25 East Main Street
Rochester, New York 14614
585.546.2500

*/s/Jeffrey Platt*    *8/1/2018*
Jeffrey Platt
2300 Cabot Drive
Suite 455
Lisle, Illinois 60532-4613
630.955.4280

The foregoing Stipulation is **SO ORDERED**.

DATED:   August ___, 2018
         Rochester, New York.

_____
**HON. PAUL R. WARREN**
United States Bankruptcy Judge

# VOYA / Community Investment Services Presentation
## August 8, 2018

**Sign-up Sheet for 401K overviews (15 minutes each)**

1. Michael McConville

2. Kevin Cooman

3. Peter Weishaar

4. Peter Gregory

5. Suzanne Ciaio

6. Jim Totah

7. Andrea Annechino

8. Mary Ognibene